# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Francine Ptak

Civil Case # 1:17-cv-00789-RLY-TAB

## NOTICE OF APPEARANCE

To:   The Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiff Francine Ptak.

Dated: April 23, 2025.                           Respectfully submitted,

*/s/ Thomas Wm. Arbon*
Thomas Wm. Arbon, TX Bar No. 01284275
**Ben Martin Law Group, PLLC**
3141 Hood Street, Suite 600
Dallas, TX 75219
Tel.: (214) 761-6614
Fax: (214) 744-7590
tarbon@bencmartin.com

***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

      I hereby certify that on April 23, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                          */s/ Thomas Wm. Arbon*
                                          Thomas Wm. Arbon